UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED

MAR 01 2022

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**JESSE ROSS DUKE,**<br><br>          Defendant. | Criminal No. 1:22cr17 TSK/MJA<br><br>Violations:  18 U.S.C. § 922(u)<br>                     18 U.S.C. § 924(i)(1) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

(Theft of Firearms)

On or about June 22, 2021, in Marion County, within the Northern District of West Virginia, and elsewhere, the defendant **JESSE ROSS DUKE**, did steal, unlawfully take and carry away from a business licensed by the Bureau of Alcohol, Tobacco, Firearms, and Explosives to engage in the business of dealing in firearms, firearms in the licensee's business inventory that had been shipped and transported in interstate and foreign commerce, including:

| |
|---|
| Ruger, model Charger, .22 caliber pistol, serial number 492-13717 |
| Charter Arms, model Undercover, .38 special revolver, serial number 21J02512 |
| Diamondback, model DB15, 5.56 caliber rifle, serial number DB2164773 |
| SDS, model Lynx, 12-gauge shotgun, serial number LH017584 |
| Delton, model Lima, 5.56 caliber pistol, serial number DTI-5241139 |
| Delton, model Echo, 5.56 caliber rifle, serial number DTI-5241761 |
| Sturm, Ruger & Co., Inc., model SR-22P, .22 caliber semi-automatic pistol, serial number 369-02352 |

| |
|---|
| Heritage Manufacturing, Inc., model Barkeep, .22 caliber six-shot revolver, serial number 1BH396438 |
| Remington Arms Company, Inc., model 870 Police Magnum, 12-gauge pump-action shotgun, serial number A124672M |
| Sturm, Ruger & Co., Inc., model LCP, .380 caliber semi-automatic pistol, serial number 372439890 |
| Glock, model 42, .380 caliber semi-automatic pistol, serial number AFEH866 |
| Sig Sauer, model P320, 9mm semi-automatic pistol, serial number 58J163385 |
| Smith & Wesson, model 638, .38 caliber revolver, serial number DNZ0219 |

In violation of Title 18, United States Code, Sections 922(u) and 924(i)(1).

A true bill,

/s/_____
Grand Jury Foreperson

/s/_____
WILLIAM IHLENFELD
United States Attorney

Sarah E. Wagner
Assistant United States Attorney